**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| **v.**   ) | |
| )   **Criminal Case No. 22-CR-** <u>70-PB (1/3)</u> | |
| **ETHAN AYALA,**   ) | |
| **WILLIAM MEJIA, and**   ) | |
| **JOHARIEL QUEZADA**   ) | |
| _____   ) | |

## <u>INDICTMENT</u>

**The Grand Jury charges:**

### <u>COUNT ONE</u>

(Conspiracy to Steal Firearms from Federal Firearm Licensee – 18 U.S.C. §§ 371, 922(u))

<u>Background</u>

At all times relevant to Count One of this Indictment:

1.     Milford Firearms was a Federal Firearms Licensee and was a business engaged in the retail sale of firearms. The business premises were in Milford, New Hampshire. The firearms in its business inventory included firearms that had been shipped and transported in interstate commerce.

2.     Second Amendment Arms was a Federal Firearms Licensee and was a business engaged in the retail sale of firearms. The business premises were in Windham, New Hampshire. The firearms in its business inventory included firearms that had been shipped and transported in interstate commerce.

3.     MacPherson Firearms was a Federal Firearms Licensee and was a business engaged in the retail sale of firearms. The business premises were in Brentwood, New

Hampshire. The firearms in its business inventory included firearms that had been shipped and transported in interstate commerce.

<u>The Offense</u>

4.     Between on or about August 29, 2021, and on or about October 4, 2021, in the District of New Hampshire and elsewhere, the defendants,

**ETHAN AYALA,**
**WILLIAM MEJIA,**
**and**
**JOHARIEL QUEZADA,**

knowingly and willfully conspired and agreed with each other and with persons known and unknown to the grand jury to commit the offense of stealing firearms from the premises and in business inventories of Federal Firearm Licensees, namely, Milford Firearms, Second Amendment Arms, and MacPherson Firearms.

<u>Object of the Conspiracy</u>

5.     It was the object of the conspiracy to steal firearms from the premises and business inventories of Federal Firearm Licensees, specifically, Milford Firearms, Second Amendment Arms, and MacPherson Firearms.

<u>Manner and Means of the Conspiracy</u>

6.     It was part of the conspiracy that on August 31, 2021, one or more of the conspirators traveled to the premises of Milford Firearms and stole firearms from its business inventory

7.     It was part of the conspiracy that on September 24, 2021, one or more of the conspirators traveled to Second Amendment Arms and stole firearms from its business inventory.

8.     It was part of the conspiracy that on October 1, 2021, one or more of the conspirators traveled to MacPherson Firearms and stole firearms from its business inventory.

<u>Overt Acts</u>

9.      In furtherance of the conspiracy and to effect the object of the conspiracy, one or more of the conspirators committed at least one of the following overt acts, among others, in the District of New Hampshire, and elsewhere:

a.      On or before August 31, 2021, one or more of the conspirators obtained a stolen Hyundai Sonata and a stolen Honda Pilot;

b.      On or about August 31, 2021, two conspirators traveled in the stolen Hyundai Sonata from Massachusetts to Milford Firearms in Milford, New Hampshire;

c.      On or about August 31, 2021, one conspirator traveled in the stolen Honda Pilot from Massachusetts to Milford Firearms in Milford, New Hampshire;

d.      On or about August 31, 2021, Johariel Quezada, William Mejia, and a conspirator broke into Milford Firearms, and stole the following firearms, each of which belonged to and were in the business inventory of Milford Firearms, and each of which had been shipped and transported in interstate commerce:

| Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Smith & Wesson | 2.0 M&P | 9mm | Pistol | NJZ5805 |
| Smith & Wesson | 2.0 M&P | 40 | Pistol | NKN6370 |
| Smith & Wesson | 2.0 M&P | 40 | Pistol | NKR4391 |
| Smith & Wesson | 2.0 M&P | 9mm | Pistol | NKU3795 |
| Smith & Wesson | 2.0 Shield | 9mm | Pistol | REY4898 |
| Smith & Wesson | M&P 9 | 9mm | Pistol | HRL2216 |
| Smith & Wesson | PC Shield | 380 | Pistol | REU6492 |
| Smith & Wesson | Shield EZ | 380 | Pistol | NKJ6349 |
| Smith & Wesson | Shield EZ | 380 | Pistol | REE3045 |
| Smith & Wesson | Shield EZ | 9mm | Pistol | RJV7842 |
| Smith & Wesson | 2.0 Shield | 40 | Pistol | NFY3828 |
| Smith & Wesson | M&P40 | 40 | Pistol | JHC1352 |
| Sig Sauer | P210 | 9mm | Pistol | 59B012586 |
| Sig Sauer | P365x | 9mm | Pistol | 66B588811 |
| Sig Sauer | P226 Legion | 9mm | Pistol | 47E085110 |
| Sig Sauer | P226 MK 25 | 9mm | Pistol | 47E088390 |
| Taurus | PT 145 Pro | 45 ACP | Pistol | NET64365 |

| Walther | PPQM2 | 45 ACP | Pistol | FDF9420 |

e.      On or about August 31, 2021, Johariel Quezada, William Mejia, and a conspirator placed the firearms in the stolen vehicles and left in the vehicles;

f.      On or about September 1, 2021, William Mejia, Johariel Quezada, and a coconspirator abandoned the stolen Hyundai Sonata in Haverhill, Massachusetts;

g.      On or about September 24, 2021, one or more of the conspirators obtained a stolen Jeep;

h.      On or about September 24, 2021, two or more conspirators traveled in the stolen Jeep from Massachusetts to Second Amendment Firearms in Windham, New Hampshire;

i.      On or about September 24, 2021, two conspirators broke into Second Amendment Firearms and stole the following firearms, each of which belonged to and were in the business inventory of Second Amendment Firearms, and each of which had been shipped and transported in interstate commerce:

| Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Caracal | AR15 | 5.56 | Rifle | WEA170095 |
| Smith & Wesson | M&P 15/22 | 22 LR | Rifle | DFP9382 |
| Diamondback | DB15 | 5.56 | Rifle | DB2484563 |
| Aero Precision | M5 | 308 | Rifle | US37407 |

j.      On or about September 24, 2021, two conspirators placed the firearms in the stolen Jeep, got into the Jeep, and drove away from the premises;

k.      On or before October 1, 2021, one or more conspirators obtained a stolen Honda HRV;

l.      On or about October 1, 2021, four conspirators traveled in the stolen Honda HRV from Massachusetts to MacPherson Firearms in Brentwood, New Hampshire;

4

m.      On or about October 1, 2021, Ethan Ayala and three conspirators traveled in the stolen HRV from Massachusetts to MacPherson Firearms in Brentwood, New Hampshire;

n.      On or about October 1, 2021, Ethan Ayala and two conspirators broke into MacPherson Firearms and stole the following firearms, each of which belonged to and were in the business inventory of MacPherson Firearms, and each of which had been shipped and transported in interstate commerce:

| Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Glock | 19 | 9mm | Pistol | BTXB626 |
| Smith & Wesson | Bodyguard 380 | 380 ACP | Pistol | KHY7264 |
| Beretta | M9 | 9mm | Pistol | M9-237882 |
| Tristar (Kral Arms) | Cobra III Marine | 12 GA | Shotgun | KRP035916 |
| Remington | 870 Express | 12 GA | Shotgun | RAS007205 |
| Springfield Armory (HS Produkt/IM Metal) | Hellcat OSP | 9mm | Pistol | BA493091 |
| Smith & Wesson | M&P 9 Shield | 9mm | Pistol | HWE7906 |
| Ruger | Security-9 | 9mm | Pistol | 384-93895 |
| Ruger | EC9s | 9mm | Pistol | 459-83426 |
| Glock | 42 | 380 ACP | Pistol | AFWX483 |
| Heritage MFG | Rough Rider | 22 LR/WMR | Revolver | 3PH098921 |
| Heritage MFG | Rough Rider | 22 LR/WMR | Revolver | 3PH098921 |
| Glock | 43 | 9mm | Pistol | AGBE172 |
| MacPherson Firearm | MFAR-15 | 5.56 | Pistol | NH150259 |
| Taurus | M44 Tracker | 44 Mag | Revolver | KS70534 |
| MacPherson Firearm | 47SF | 7.62x39 | Rifle | D002400 |
| Smith & Wesson | SD9VE | 9mm | Pistol | FDN7624 |
| Smith & Wesson | SD9VE | 9mm | Pistol | FDN3977 |
| Glock | 45 | 9mm | Pistol | BUKD715 |

o.      On or about October 1, 2021, Ethan Ayala and two conspirators placed the firearms in the stolen Honda HRV, got into the vehicle, and drove away from the premises;

p.      Between on or about October 1, 2021, and October 4, 2021, William Mejia possessed the following firearm stolen from MacPherson Firearms on October 1, 2021: a MacPherson Firearms, model MFAR-15 5.56mm caliber pistol, s/n NH150259; and

q.      On October 4, 2021, Johariel Quezada possessed the following two firearms stolen from MacPherson Firearms on October 1, 2021: a MacPherson Firearms, model MFAR-15 5.56mm caliber pistol, s/n NH150259; and a MacPherson Firearms, model 47SF, 7.62x39 caliber rifle, s/n D002400.

All in violation of Title 18, United States Code, Sections 371 and 922(u).

Dated: June 13, 2022                                          A TRUE BILL


                                                            /s/ Foreperson of the Grandy Jury
                                                            Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire


By:/s/ Anna Z. Krasinski
     Anna Z. Krasinski
     Assistant U.S. Attorney